IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

S G BORELLO & SONS, INC                     No   C 03-0891 VRW

    Plaintiffs,                              ORDER

    v

CITY OF HAYWARD, et al,

    Defendants.
                                        /

        There has been no docket activity in this case since February 2007.  The court now orders the parties, on or before November 1, 2007, to submit a joint status report on the progress of the case.  If no such communication is received, the case will be dismissed without prejudice.

        IT IS SO ORDERED.

        VAUGHN R WALKER

        United States District Chief Judge