IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S G BORELLO & SONS, INC | No   C 03-0891 VRW |
| Plaintiffs, | ORDER |
| v | |
| CITY OF HAYWARD, et al, | |
| Defendants. | |

The court has received the parties' joint status report of October 29, 2007.  Doc #45.  In the event the City's motion is not filed on or before November 30, 2007, the court will enter the City's default.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge