1  ANTHONY C. RODRIGUEZ (State Bar No. 122479)
   LAW OFFICE OF ANTHONY C. RODRIGUEZ
2  1425 LEIMERT BOULEVARD, SUITE 101
   OAKLAND, CALIFORNIA  94602
3  Telephone: (510) 336-1536
   Facsimile: (510) 336-1537
4  Email: arodesq@pacbell.net

5

6  Attorney for Petitioner S.G. Borello and Sons, Inc.,
   dba Eden Roc Mobilehome Park

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 S.G. Borello and Sons, Inc., dba Eden     )   Case No.  C-03- 0891 VRW ADR
   Roc Mobile Home Park                      )
12                                            )
              Petitioner,                     )   STIPULATION OF DISMISSAL
13                                            )   [Federal Rules of Civil Procedure,
   vs.                                        )   Rule 41(a)]
14                                            )
   The City of Hayward and the Hayward       )
15 Rent Review Officer                        )
                                              )
16            Respondents,                    )
                                              )
17 The Tenants Residing at Eden Roc          )
   Mobilehome Park, et. al.,                  )
18                                            )
              Real Parties In Interest.       )
19 _____   )

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Vaughn R Walker / 9/1/2009]

STIPULATION OF DISMISSAL [Federal Rules of Civil Procedure, Rule 41(a)]                    Case No. C 03-0891 VRW

- 1 -

STIPULATION OF DISMISSAL

Petitioner S.G. Borello and Sons, Inc., dba Eden Roc Mobile Home Park and the Respondents, the City of Hayward and the Hayward Rent Review Officer, through their respective counsel, hereby stipulate that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys fees and costs.

IT IS SO STIPULATED:

Dated: August 20, 2009          LAW OFFICE OF ANTHONY C. RODRIGUEZ


                                By: s/ Anthony C. Rodriguez
                                ANTHONY C. RODRIGUEZ
                                Attorney for Petitioner
                                S.G. Borello and Sons, Inc.,
                                dba Eden Roc Mobilehome Park


Dated: August 20, 2009          CITY ATTORNEY, CITY OF HAYWARD


                                By: s/ Michael Lawson
                                MICHAEL LAWSON
                                Attorney for Respondents
                                the City of Hayward
                                and the Hayward Rent Review Officer

## ATTESTATION OF SIGNATURES

Pursuant to General Order No. 45, Section X B, Anthony C. Rodriguez hereby attests that he has obtained concurrence for the filing of the attached document from each of the other signatories, which shall serve in lieu of their signature on the attached document.

Dated: August 28, 2009     s/ Anthony C. Rodriguez
Anthony C. Rodriguez, Esq.
Attorney for Petitioner
S.G. Borello and Sons, Inc.,
dba Eden Roc Mobilehome Park

Case No. C-03- 0891 VRW ADR

PROOF OF SERVICE BY MAILING

I declare I am employed in the County of Alameda, California.  I am over the age of 18 years and I am not a party to the within cause. My business address is 1425 Leimert Boulevard, Suite 101, Oakland, California  94602.

On August 28, 2009 I served the following document:

1. STIPULATION OF DISMISSAL [Federal Rules of Civil Procedure, Rule 41(a)]

on the following by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at Oakland, California, addressed as follows:

>Michael Lawson, Esq.
>City Attorney, City of Hayward
>777 B Street
>Hayward, California  94541-5007

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 28, 2009 at Oakland, California.

>s/ Anthony C. Rodriguez
>Anthony C. Rodriguez

STIPULATION OF DISMISSAL [Federal Rules of Civil Procedure, Rule 41(a)]  Case No. C 03-0891 VRW

- 4 -